UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREG DEVANY,

                Plaintiff,

- against -

UNITED PARCEL SERVICES, INC.,

                Defendant.

**ORDER**

18 Civ. 6684 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the following schedule will apply to Defendant's motion for summary judgment:

1. Defendant's motion is due on **February 10, 2020**;

2. Plaintiff's opposition is due on **March 2, 2020**; and

3. Defendant's reply, if any, is due on **March 12, 2020**.

The conference scheduled for January 23, 2020 is adjourned sine die.

Dated: New York, New York
       January 21, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge