# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

GREG DEVANY,

                Plaintiff,                18 **CIVIL** 6684 (PGG)

      -against-                **<u>JUDGMENT</u>**

UNITED PARCEL SERVICE, INC.,

                Defendant.

------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 30, 2021, UPS's motion for summary judgment is granted as to Plaintiff's ADA and NYSHRL claims. The Court declines to exercise supplemental jurisdiction over Plaintiff's NYCHRL claim, and dismisses that claim without prejudice; accordingly, this case is closed.

**Dated:**  New York, New York
          September 30, 2021

                                                      **RUBY J. KRAJICK**

                                                      **Clerk of Court**

                         **BY:**

                                                       **Deputy Clerk**